# Exhibit B

# SUMMONS
## CIRCUIT COURT OF WETZEL COUNTY, WEST VIRGINIA

**TROY CHANZE, SR., on his own behalf**
**and on behalf of all others similarly situated,**
**Plaintiff**

VS

CIVIL ACTION NO: **18-C-29**
Judge: **Cramer**

**AIR EVAC EMS, INC., a**
**Missouri Corporation,**
**Defendant**

**Please Serve:**
**AIR EVAC EMS, INC.**
**c/o CT Corporation System**
**5400 D Big Tyler Road**
**Charleston, WV 25313**

**To the above named Defendant:**

IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby

Summoned and required to serve upon the Plaintiff's Attorney

> **James G. Bordas, ESQ.**
> **Jason E. Causey, ESQ.**
> **BORDAS & BORDAS, PLLC**
> **1358 National Road**
> **Wheeling, WV 26003**

an answer including any related counterclaim you may have, to the complaint filed against you in the above-styled civil action, a true copy of which is herewith delivered to you.  You are required to serve your answer within **30 Days** after service of this summons upon you exclusive of the day of service.  If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above style civil action.

**Dated: April 18, 2018**

**Wetzel County Circuit Clerk**