# Exhibit C

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305



2018 APR 23  AM 11: 01

LORI J. McCOY
CIRCUIT CLERK
WETZEL COUNTY, WV



**Mac Warner**
Secretary of State
State of West Virginia
**Phone:** 304-558-6000
886-767-8683
**Visit us online:**
www.wvsos.com

LORI WETZEL MCCOY
Wetzel County Courthouse
P. O. Box 263
New Martinsville, WV 26155-0263

| | |
|---|---|
| **Control Number:** 217602 | **Agent:** C. T. Corporation System |
| **Defendant:** AIR EVAC EMS, INC. | **County:** Wetzel |
| 5400 D Big Tyler Road | **Civil Action:** 18-C-29 |
| CHARLESTON, WV 25313 US | **Certified Number:** 92148901125134100002302006 |
| | **Service Date:** 4/18/2018 |

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of your corporation.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in the name and on behalf of your corporation as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office.***

Sincerely,

*Mac Warner*

Mac Warner
Secretary of State

**ORIGINAL**

## SUMMONS
## CIRCUIT COURT OF WETZEL COUNTY, WEST VIRGINIA

*TROY CHANZE, SR., on his own behalf*
*and on behalf of all others similarly situated,*
       *Plaintiff*

    VS                        CIVIL ACTION NO: *18-C-29*
                                      Judge: *Cramer*

*AIR EVAC EMS, INC., a*
*Missouri Corporation,*
        *Defendant*

**Please Serve:**
**AIR EVAC EMS, INC.**
**c/o CT Corporation System**
**5400 D Big Tyler Road**
**Charleston, WV 25313**

## To the above named Defendant:

IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby

Summoned and required to serve upon the Plaintiff's Attorney

      **James G. Bordas, ESQ.**
      **Jason E. Causey, ESQ.**
      **BORDAS & BORDAS, PLLC**
      **1358 National Road**
      **Wheeling, WV 26003**

an answer including any related counterclaim you may have, to the complaint filed

against you in the above-styled civil action, a true copy of which is herewith

delivered to you.  You are required to serve your answer within **30 Days** after

service of this summons upon you exclusive of the day of service.  If you fail to do

so, judgment by default may be taken against you for the relief demanded in the

complaint and you will be thereafter barred from asserting in another action any

claim you may have which must be asserted by counterclaim in the above style civil

action.

*Dated: April 18, 2018*

                                           *Wetzel County Circuit Clerk*