# Exhibit D

 (/DEFAULT.ASPX)

```
                              Civil
                         Case Information
                Second Judicial Circuit of Wetzel County


                             18-C-29
                      Judge: JEFFREY D. CRAMER
                 TROY CHANZE, SR. VS. AIR EVAC EMS, INC.
```

**Plaintiff(s)**
              **Plaintiff Attorney(s)**

CHANZE, TROY, SR.
                              N/A

**Defendant(s)**
              **Defendant Attorney(s)**

AIR EVAC EMS, INC.
                              N/A

```
Date Filed: 04/16/2018
Case Type: CONTRACT
Appealed: 0
Final Order Date: N/A
Statistical Close Date: N/A
```

| Line | Date | Action / Result |
|---|---|---|
| 0001 | 04/16/2018 | CCIS & CLASS ACTION COMPLAINT W/ EXHIBITS (1)-(2) FILED. |
| 0002 | 04/17/2018 | SUMMONS ISSUED (AIR EVAC EMS, INC.) |
| 0003 |  | COPY OF SUMMONS & COMPLAINT MAILED TO S.O.S. FOR SERVICE. |
| 0004 | 04/23/2018 | PROCESS "ACCEPTED FOR SERVICE OF PROCESS" BY S.O.S. ON 04/18/18 |
| 0005 |  | FOR AIR EVAC EMS, INC. |

These materials have been prepared by the Office of the Clerk of the various Circuit Courts from original sources and data believed to be reliable. The information contained herein, however, has not been independently verified by the Office of the Clerk or Software Computer Group, Incorporated. The Office of the Clerk of the Circuit Courts and Software Computer Group, Inc. assume no liability for the accuracy, completeness, or timeliness of the information contained herein.

Software Computer Group | PO Box 27 | Fraziers Bottom WV 25082