AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
__Northern__ District of __West Virginia__

| | |
|---|---|
| TROY CHANZE, SR., on his own behalf and on behalf of all others similarly situated<br>*Plaintiff*<br>v.<br>AIR EVAC EMS, INC.,<br>a Missouri corporation<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.   5:18-cv-89<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ other:   This Court finds that the plaintiff's putative class action complaint is preempted in its entirety by the Airline Deregulation Act of 1978. Accordingly, the defendant's motion to dismiss is GRANTED. Therefore, it is ORDERED that this case be DISMISSED and STRICKEN from the active docket of this Court.

This action was *(check one)*:

☒ decided by Judge    Frederick P. Stamp, Jr.

Date:   11/01/2018

*CLERK OF COURT*
Cheryl Dean Riley

/s/ N.M. Maxwell,  Deputy Clerk
*Signature of Clerk or Deputy Clerk*